IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | CIV. S-04-1735-DFL-DAD |
|     Plaintiff, | |
|     v. | <u>ORDER RE DISPOSITION AFTER</u> <u>NOTIFICATION OF SETTLEMENT</u> |
| WEDGEWOOD APARTMENTS; 1201 FULTON INVESTORS; LAUGHTON PROPERTIES, INC. and DOES 1 through 10, inclusive, | |
|     Defendants. | |

    The court has been advised by Reuben D. Nathan, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later

1

```
 1  than June 27, 2005, and,
 2       2.  That all hearing dates previously set in this matter
 3  are vacated.
 4       IT IS SO ORDERED.
 5  Dated:  5/13/2005
```

_____
DAVID F. LEVI
United States District Judge

2