Ross Cornell, (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
813 East Balboa Boulevard
Newport Beach, California 92663
(949) 723-1794

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:    (949) 486-1889

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.:  CIV.S-04-1735 DFL DAD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| WEDGEWOOD APARTMENTS; 1201 FULTON INVESTORS; LAUGHTON PROPERTIES, INC. and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

**STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Joseph Abdullah and Defendants WEDGEWOOD APARTMENTS; 1201 FULTON INVESTORS; LAUGHTON PROPERTIES, INC., through their attorneys' undersigned, stipulate and agree that above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear his own costs and attorney's fees.

DATED: June 8, 2005        **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.Reuben D. Nathan, Esq.
Attorney for Plaintiff,       JOSEPH ABDULLAH

DATED: June 8, 2005     **BEYER, PONGRATZ & ROSEN, APC**

By: /s/ Etan Rosen, Esq as Authorized on June 8, 2005
Etan Rosen, Esq.
Attorney for Defendants,
WEDGEWOOD APARTMENTS;
1201 FULTON INVESTORS;
LAUGHTON PROPERTIES, INC.

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

**ORDER**

    Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, each party to bear his own costs and attorney's fees.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

- 3 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**